# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEUTSCHE BANK TRUST COMPANY
AMERICAS AS INDENTURE TRUSTEE
FOR THE REGISTERED HOLDERS OF
SAXON ASSET SECURITIES TRUST
2004-3, MORTGAGE LOAN ASSET
BACKED NOTES, SERIES 2004-3
ERROUEOUSLY NAMED AS
"DEUTSCHE NATIONAL TRUST
COMPANY",

        Appellant,

vs.

RODNEY HOLDINGS, LLC,

        Respondent.

No. 69637

FILED

MAY 0 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from findings of fact, conclusions of law, and order entered in a quiet title action. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

We previously ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction, noting that several counterclaims appeared to remain pending in the district court, and the district court did not certify its order as final under NRCP 54(b). *See* NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000). In response, appellant concedes that the district court order does not resolve

16-13897

all claims against all parties.   Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:     Hon. Valerie Adair, District Judge
        Janet Trost, Settlement Judge
        Wright, Finlay & Zak, LLP/Las Vegas
        The Law Office of Mike Beede, PLLC
        Eighth District Court Clerk